No. 22-1795

## In The
## United States Court of Appeals for the First Circuit

AMERICAN TRUCKING ASSOCIATIONS, INC.; CUMBERLAND FARMS, INC.;
M&M TRANSPORT SERVICES, INC.,

*Plaintiffs-Appellees*,

NEW ENGLAND MOTOR FREIGHT, INC.

*Plaintiff*,

v.

RHODE ISLAND TURNPIKE AND BRIDGE AUTHORITY,

*Defendant-Appellant*,

PETER ALVITI, JR., IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE RHODE ISLAND
DEPARTMENT OF TRANSPORTATION,

*Defendant.*

On Appeal from the United States District Court
for the District of Rhode Island,
Case No. 1:18-cv-00378-WES-PAS

**JOINT MOTION TO DEFER FILING THE JOINT APPENDIX**

Federal Rule of Appellate Procedure 30(c)(1) authorizes this Court to order that filing the joint appendix be deferred until after briefing is complete. The parties respectfully request that the Court order that the deadline for filing the joint appendix in this case be set for seven days after Appellees have filed and served their reply brief.

Given the large size of the record below, deferring the appendix will facilitate the parties' efforts to ensure that the appendix does not contain "unnecessary . . . parts of the record." Fed. R. App. P. 30(b)(1). The record of the trial below is particularly large, spanning hundreds of unique exhibits and thousands of pages. Uncertainty surrounding the exact issues and arguments on appeal will likely lead the parties, despite their best efforts, to over-designate some material out of an abundance of caution—potentially amounting to a significant number of pages that are not ultimately necessary to understand the issues on appeal. Deferring the appendix will avoid this problem by allowing the parties to designate only those materials that are necessary to understand the issues on appeal, conserving party resources and easing this Court's review.

Deferring the joint appendix will not impede the Court's ability to resolve the case in a timely fashion. Briefing in this case is not expedited. A one-week delay between the filing of the reply brief and the filing of the joint appendix,

followed shortly by final-form briefs, *see* Fed. R. App. P. 30(c)(2(B), will afford

this Court ample time to review the briefs and appendix before argument.

## CONCLUSION

For the foregoing reasons, this Court should order that the joint appendix

be filed no later than seven days after the Appellees' reply brief is filed.

Dated: February 6, 2023          Respectfully submitted,


_/s/ Michael W. Field_          _/s/ Charles A. Rothfeld_
Rhode Island Department of      Charles A. Rothfeld
Attorney General                Evan M. Tager
Michael W. Field (#91695)       Reginald R. Goeke
150 South Main Street           Eric A. White
Providence, RI 02903            Mayer Brown LLP
mfield@riag.ri.gov              1999 K Street, NW
401-274-4400, ext. 2380         Washington, DC 20006
_Counsel for Defendant-Appellant_   crothfeld@mayerbrown.com
_Rhode Island Department of_        etager@mayerbrown.com
_Transportation_                    rgoeke@mayerbrown.com
                                    ewhite@mayerbrown.com
_/s/ John A. Tarantino_             (202) 263-3000
John A. Tarantino (#35607)      _Counsel for Plaintiff-Appellee_
R. Bart Totten (#41951)         _American Trucking Associations, Inc._
Nicole J. Benjamin (#143353)
Adler Pollock & Sheehan PC
One Citizens Plaza, 8th Floor
Providence, RI 02903
jtarantino@apslaw.com
btotten@apslaw.com
nbenjamin@apslaw.com
401-274-7200
_Counsel for Defendant-Appellant_
_Rhode Island Turnpike and Bridge_
_Authority_

## CERTIFICATE OF COMPLIANCE

1.     I certify that the foregoing motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this motion contains 288 words.

2.     I further certify that the motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6), as contained in Federal Rule of Appellate Procedure 27(d)(1)(E), because this document has been prepared in Microsoft Word 2016 using 14-point Century Expanded typeface.

Dated: February 6, 2023

<table>
<tr><td>

*/s/ Michael W. Field*
Rhode Island Department of
Attorney General
Michael W. Field (#91695)
150 South Main Street
Providence, RI 02903
mfield@riag.ri.gov
401-274-4400, ext. 2380
*Counsel for Defendant-Appellant*
*Rhode Island Department of*
*Transportation*

</td><td>

*/s/ Charles A. Rothfeld*
Charles A. Rothfeld
Evan M. Tager
Reginald R. Goeke
Eric A. White
Mayer Brown LLP
1999 K Street, NW
Washington, DC 20006
crothfeld@mayerbrown.com
etager@mayerbrown.com
rgoeke@mayerbrown.com
ewhite@mayerbrown.com
(202) 263-3000
*Counsel for Plaintiff-Appellee*
*American Trucking Associations, Inc.*

</td></tr>
</table>

/s/ John A. Tarantino
John A. Tarantino (#35607)
R. Bart Totten (#41951)
Nicole J. Benjamin (#143353)
Adler Pollock & Sheehan PC
One Citizens Plaza, 8th Floor
Providence, RI 02903
jtarantino@apslaw.com
btotten@apslaw.com
nbenjamin@apslaw.com
401-274-7200
*Counsel for Defendant-Appellant
Rhode Island Turnpike and Bridge
Authority*

**CERTIFICATE OF SERVICE**

I certify that, on February 6, 2023, a true and correct copy of the foregoing was filed with the Clerk of the United States Court of Appeals for the First Circuit via the Court's CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

Dated: February 6, 2023

<table>
<tr>
<td>

*/s/ Michael W. Field*
Rhode Island Department of Attorney General
Michael W. Field (#91695)
150 South Main Street
Providence, RI 02903
mfield@riag.ri.gov
401-274-4400, ext. 2380
*Counsel for Defendant-Appellant*
*Rhode Island Department of*
*Transportation*

*/s/ John A. Tarantino*
John A. Tarantino (#35607)
R. Bart Totten (#41951)
Nicole J. Benjamin (#143353)
Adler Pollock & Sheehan PC
One Citizens Plaza, 8th Floor
Providence, RI 02903
jtarantino@apslaw.com
btotten@apslaw.com
nbenjamin@apslaw.com
401-274-7200
*Counsel for Defendant-Appellant*
*Rhode Island Turnpike and Bridge*
*Authority*

</td>
<td>

*/s/ Charles A. Rothfeld*
Charles A. Rothfeld
Evan M. Tager
Reginald R. Goeke
Eric A. White
Mayer Brown LLP
1999 K Street, NW
Washington, DC 20006
crothfeld@mayerbrown.com
etager@mayerbrown.com
rgoeke@mayerbrown.com
ewhite@mayerbrown.com
(202) 263-3000

*Counsel for Plaintiff-Appellee*
*American Trucking Associations, Inc.*

</td>
</tr>
</table>